HARRY F. SHEW ET AL *v.* OAKMONT REALTY
COMPANY ET AL
[No. 33, October Term, 1938.]

*Decided November 30th, 1938.*

The cause was argued before BOND, C. J., URNER, OF-
FUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON,
JJ.

*Murray MacNabb,* for the appellants.

*Hilary W. Gans,* with whom were *James B. Diggs, Allen
A. Davis, Jr.,* and *Brown & Brune,* on the brief, for the
appellants.

SLOAN, J., delivered the opinion of the Court.